425 A.2d 14

Loganbell Farms v. Central Counties Coop., Appellant.

Appeal of Sickler et ux et al.

Argued April 9, 1979.   Edward S. Newlin, for appellants;  M. David Halpern, for appellee.

Before CERCONE, P. J., and WIEAND and HOFFMAN, JJ.

Order affirmed.

425 A.2d 6

WS Long, Inc. v. Campbell Ellsworth, Inc., Appellant.

Argued April 10, 1979.   Ralph H. German, for appellant;  Edward L. Miller, for appellee.

Before CERCONE, P. J., and WIEAND and HOFFMAN, JJ.

Judgment affirmed.

HOFFMAN, J., concurred in part and dissented in part.